# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES R. RECKER, II | ) |
| | ) |
| Plaintiff | ) Cause No.: 1:10-cv-1532 |
| | ) |
| v. | ) |
| | ) |
| ALLIED INTERSTATE, INC. | ) |
| | ) |
| Defendant | ) |

## MOTION TO DISMISS

Comes now Plaintiff, James R. Recker, II, by counsel, and moves the Honorable Court to dismiss the above cause of action as the parties have reached a settlement of all issues in the matter.

Respectfully submitted,

/s/James R. Recker
James R. Recker
22233-49
Attorney for Plaintiff James R. Recker, II

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served upon Defendant by electronic transmission this 23rd day of December, 2010.

/s/James R. Recker
James R. Recker

Matthew.Johnson@iqor.com