UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES R. RECKER, II ) | |
| ) | |
| Plaintiff ) | Cause No.: 1:10-cv-1532 |
| ) | |
| v. ) | |
| ) | |
| ALLIED INTERSTATE, INC. ) | |
| ) | |
| Defendant ) | |

## ORDER

Plaintiff, by counsel, having made his motion to dismiss the above action and the Court being duly advised now **GRANTS** the motion and **ORDERS** the matter dismissed with prejudice. Costs to be paid by the respective parties.

Date: 12/29/2010

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana